IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHARONNE LEWIS | § |
| | § |
| VS. | §   ACTION NO. 4:22-CV-567-Y |
| | § |
| KILOLO KIJAKAZI, Acting | § |
| Commissioner of Social Security | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On August 16, 2023, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause. The magistrate judge gave all parties until August 30 to serve and file with the Court written objections to his decision. No written objections have been received from either party. See *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), de novo review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. Therefore, the commissioner's motion to dismiss is GRANTED, and Petitioner's claims are DISMISSED WITH PREJUDICE to their refiling due to Petitioner's failure to timely file his appeal.

SIGNED September 8, 2023.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE